UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-80869-BLOOM/Reinhart

CORRY E PEARSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Memorandum of Law in Support, ECF No. [1], filed on May 13, 2021 ("Motion"). The Motion was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [5]. On September 20, 2021, Judge Reinhart issued a R&R recommending that the Motion be denied. ECF No. [8]. The R&R states that a party shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, Movant has not filed objections, nor has he sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reinhart's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be denied for the reasons set forth therein.

Case No. 21-cv-80869-BLOOM/Reinhart

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [8]**, is **ADOPTED**;

2. The Motion to Vacate or Set Aside Sentence, **ECF No. [1]**, is **DENIED**;

3. A Certificate of Appealability is **DENIED**;

4. All pending motions are **DENIED AS MOOT**; and,

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 15, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Corry Pearson, *pro se*
16072-104
Estill Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 699
Estill, SC 29918